| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* Guilford, Andrew J. | 2. Court or Organization U.S. District Court, Central District of California | 3. Date of Report January 30, 2006 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* District Court - Nominee | 5. Report Type (check appropriate) _XX_ Nomination, Date 1/25/06 <br> ~~Initial~~ ~~Annual~~ ~~Final~~ | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address 650 Town Center Drive, 4th Floor Costa Mesa, CA 92626 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
|  | **NONE** (No reportable positions.) | |
| 1 | Partner | Sheppard, Mullin, Richter & Hampton, LLP |
| 2 | Board Member | Federal Bar Association, Orange County Chapter |
| 3 | President | Public Law Center |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
|  | **NONE** (No reportable agreements.) | |
| 1 | 2004 - 2005 | Sheppard, Mullin Richter & Hampton, LLP, retirement benefits, no control |
| 2 | 2004 - 2005 | Sheppard, Mullin Richter & Hampton, LLP, partnership interest |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

|  | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| **A. Filer's Non-Investment Income** | | | |
|  | **NONE** (No reportable non-investment income.) | | |
| 1 | 2004 | Sheppard, Mullin Richter & Hampton, LLP, partnership income for legal services | $ 718,591 |
| 2 | 2005 | Sheppard, Mullin Richter & Hampton, LLP, partnership income for legal services | $ 746,320 |
| 3 | 2006 | Sheppard, Mullin Richter & Hampton, LLP, partnership income for legal services | $ 10,558 |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

|  | | |
|---|---|---|
| **X** | **NONE** (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | | EXEMPT | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Guilford, Andrew J. | January 30, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1  Bank of America Accounts | B | Interest | L | T | Exempt | | | | |
| 2  Bank of America - Cert. of Deposit | B | Interest | L | T | | | | | |
| 3  IDS Universal Life Policy | A | Interest | J | T | | | | | |
| 4  RVS Cash Management Fund | A | Dividend | J | T | | | | | |
| 5  Walt Disney Corp Common Stock | A | Dividend | J | T | | | | | |
| 6  Wells Fargo & Co. Common Stock | A | Dividend | J | T | | | | | |
| 7  Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 8  SHEPPARD MULLIN PTNRS 401K | | | | | | | | | |
| 9  - Americn Fnds US Govt. Secur A | | None | M | T | | | | | |
| 10  - Scudder Dreman Sm Cap Fund A | | None | L | T | | | | | |
| 11  - Dreyfus S & P 500 Index Fund | | None | L | T | | | | | |
| 12  - Dodge & Cox Balanced Fund | | None | L | T | | | | | |
| 13  - American Funds Bond Fund A | | None | M | T | | | | | |
| 14  - American Fnds Cash Mgmt Trust | | None | N | T | | | | | |
| 15  END | | | | | | | | | |
| 16 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  E=$15,001-$50,000  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000 | C=$2,501-$5,000 | D=$5,001-$15,000  H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  K=$15,001-$50,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 | L=$50,001- $100,000  P4=More than $50,000,000 | M=$100,001-$250,000  P1=$1,000,001-$5,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Andrew J. Guilford_          Date _JAN. 30, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 200 | 000 | Notes payable to banks-secured | | 564 | 000 |
| U.S. Government securities-add schedule | | 196 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 835 | 000 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | 1 | 250 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 250 | 000 | | | | |
| Cash value-life insurance | | 13 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| Partnership Value | | 85 | 000 | | | | |
| Partnership Cash Balance Plan | | 100 | 000 | | | | |
| | | | | Total liabilities | | 564 | 000 |
| | | | | Net Worth | 2 | 365 | 000 |
| Total Assets | 2 | 929 | 000 | Total liabilities and net worth | 2 | 929 | 000 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |